UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:11-CV-80036-KAM

ANGELA ANDERS, individually and on
behalf of others similarly situated,

                               Plaintiff,

    v.

DYCOM INDUSTRIES, INC., a Florida
corporation, PRINCE TELECOM, LLC, a
foreign limited liability company, f/k/a Prince
Telecom, Inc., and XYZ ENTITIES 1-5,
(fictitious names of unknown liable entities),

                               Defendants.

## JOINT NOTICE OF SETTLEMENT

The Parties, by and through their undersigned counsel, hereby advise the Court that they settled the case. The parties anticipate finalizing the terms of their resolution and submitting the appropriate paperwork to the Court within the next fourteen (14) business days.

Respectfully submitted this 21st day of March, 2011,

| | |
|---|---|
| */s/ Hal B. Anderson* | */s/ Margaret M. DiBianca* |
| Hal B. Anderson (Fla. Bar No. 93051) | Margaret M. DiBianca, Esq. |
| SHAVITZ LAW GROUP, P.A. | YOUNG CONAWAY STARGATT & |
| 1515 S. Federal Hwy., Suite 404 | TAYLOR, LLP |
| Boca Raton, Florida 33432 | Admitted *pro hac vice* |
| Telephone: (561) 447-8888 | The Brandywine Building |
| Facsimile: (561) 447-8831 | 1000 West Street, 17th Floor |
| Email: hal.anderson@shavitzlaw.com | Wilmington, Delaware 19899-0391 |
| | Tel: (302) 571-6623; Fax: (302) 576-3299 |
| *Attorneys for Plaintiff* | Email: mdibianca@ycst.com |
| | *and* |
| | Thomas H. Loffredo (Florida Bar No. 870323) |
| | GRAY ROBINSON, P.A. |
| | 401 East Las Olas Boulevard, Suite 1850 |
| | Fort Lauderdale, FL 33131 |
| | Telephone: (954) 761-8111 |
| | Facsimile: (954) 761-8112 |
| | Email: tom.loffredo@gray-robinson.com |
| | *Attorneys for Defendants* |