UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80036-CIV-MARRA/JOHNSON

ANGELA ANDERS, individually and on
behalf of persons similarly situated,

Plaintiff,

vs.

DYCOM INDUSTRIES, INC., a Florida
corporation, PRINCE TELECOM, LLC,
a foreign limited liability company, f/k/a
Prince Telecom, Inc., and XYZ ENTITIES
1-5, (fictitious names of unknown liable entities),
Defendant.
_____/

**ORDER**

This cause is before the Court upon the parties' Joint Notice of Settlement [DE 18], filed March 21, 2011.

The above-styled cause has been set for a hearing on **Tuesday, April 26, 2011 at 1:15 p.m.** before United States District Judge Kenneth A. Marra, 701 Clematis Street, Courtroom 4, West Palm Beach, Florida. [1]

The Court has set this cause for a hearing in order that the parties can assist the Court in determining whether the settlement in this case comports with the requirements set forth in

---

[1] Counsel who wish to appear telephonically should contact Ms. Ferrante at (561) 514-3765 prior to the hearing date.

Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982).

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 18th day of April, 2011

_____
KENNETH A. MARRA
United States District Judge