UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80036-CIV-MARRA/JOHNSON

ANGELA ANDERS, individually and on
behalf of persons similarly situated,

Plaintiff,

vs.

DYCOM INDUSTRIES, INC., a Florida
corporation, PRINCE TELECOM, LLC,
a foreign limited liability company, f/k/a
Prince Telecom, Inc., and XYZ ENTITIES
1-5, (fictitious names of unknown liable entities),

Defendants.
_____/

## **ORDER**

This cause is before the Court upon the parties' Notice of Settlement [DE 18]. On April 26, 2011, the Court held a hearing to scrutinize the settlement agreement entered into by the parties for fairness pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). The Court has determined that the agreement is "a fair and reasonable resolution of a bona fide dispute over FLSA provisions." Id. at 1355.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1) The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

2) The Court shall retain jurisdiction over the settlement.

3) All pending motions are denied as moot and the Clerk shall close this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 26th day of April, 2011.

_____
KENNETH A. MARRA
United States District Judge